IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

FILED
AUG 27 2002
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| LINDA LAUBE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. 02-T-957-N |
| MICHAEL HALEY, et al., | ) |
| Defendants. | ) |

ORDER

Based upon the representations made during a telephone conference with counsel for the parties on August 21, 2002, it is ORDERED as follows:

(1) The motion for preliminary injunction filed by plaintiffs on August 19, 2002 (Doc. No. 5), is set for an evidentiary hearing on September 23, 2002, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2E, One Church Street, Montgomery, Alabama 36104.

(2) The parties are to file briefs by September 18, 2002.

(3) Counsel for the plaintiffs are allowed to conduct limited expedited discovery to determine facts related to their request for a preliminary injunction. The parties are to attempt, within the next seven days, to agree to the

19

    extent of the limited discovery; if they cannot agree, they should direct their dispute to the magistrate judge.

(4) During the August 21 conference, the plaintiffs reiterated their request that the court visit the facilities, and the defendants joined in this request as well. If the parties still want the court to visit the facilities, they should submit a joint proposal by September 6, 2002.

DONE, this the 27th day of August, 2002.

                              /s/ Myron H. Thompson
                              MYRON H. THOMPSON
                              UNITED STATES DISTRICT JUDGE