FILED
SEP. 6 2002

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.
MONTGOMERY, ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2002 SEP -6 P 4: 29

LINDA LAUBE, et al.,                    )
                                        )
        Plaintiffs,                     )
                                        )
v.                                      )        Civil Action No. 02-T-956-N
                                        )
MICHAEL HALEY, et al.,                  )
                                        )
        Defendants.                     )

**PARTIES JOINT PROPOSAL**

Pursuant to the Court order dated August 27, 2002, parties have agreed to the following arrangements for District Judge Thompson to visit the three prisons involved in this litigation. These are as follows:

1. The Warden of each facility will escort Judge Thompson, and any of his staff and/or security staff he wishes to bring with him, on a tour of the facility. No lawyers for any of the parties will be included with this group.

2. Each party may designate any area(s) of the prison that they want Judge Thompson to view. The Warden will ensure those areas are covered during the tour.

3. Judge Thompson is welcome to visit anytime during business hours or with two hours notice on the weekend or at night. This advance notice is necessary to ensure the Warden is at the facility upon his arrival.



Respectfully submitted,

WILLIAM H. PRYOR, JR.
ATTORNEY GENERAL
By:


ELLEN LEONARD (LEO008)
ASISTANT ATTORNEY GENERAL

**OF COUNSEL:**
Office of the Attorney General
State of Alabama
11 South Union Street
Montgomery, Alabama 36130
(334) 353-8699
(334) 242-2433 FAX


WILLIAM F. ADDISON(ADD002)
ASISTANT ATTORNEY GENERAL

**OF COUNSEL:**
Alabama Department of Corrections
Legal Division
101 South Union Street
Montgomery, Alabama 36130
(334) 353-3890
(334) 353-3891 FAX

## CERTIFICATE OF SERVICE

I hereby certify that I have on this, the 6th day of September, 2002, served a true and correct copy of the foregoing document upon counsel by first-class United States Mail, postage prepaid and properly addressed as follows:

Attorneys for the Plaintiff:

John A. Russell, III, Esq.
202 Broad Street
Aliceville, AL 35442

Tamara Serwer, Esq.
Lisa Kung, Esq.
Stephen Bright,  Esq.
Southern Center of Human Rights
83 Popular Street, N.W.
Atlanta, GA  30303-2122

Attorneys for Naph Care, Inc.
Hugh C. Nickson, III, Esq.
Giles G. Perkins, Esq.
Michael M. Shipper, Esq.
Miller, Hamilton, Snider & Odom, L.L.C.
2501 20th Place South, Suite 450
Birmingham, AL  35223


Attorneys for Governor Don Siegleman:
Hon. Ted Hosp
Hon. James V. Doyle, Jr.
Governor's Legal Office
600 Dexter Avenue
Room NB-05
Montgomery, AL 36130-3024


OF COUNSEL

3