[FILED]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SEP 1 3 2002

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| LINDA LAUBE, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 02-T-957-N |
| | ) | |
| MICHAEL HALEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' REQUESTED DESIGNATED AREAS OF INSPECTION

Come now the Defendants, by and through counsel, and request the Court to view the following areas during its tour of the female correctional facilities:

I.  Tutwiler Prison for Women

    A. Educational Building/Trade School
    B. Chapel
    C. Any or all dorms
    D. Multi-purpose room
    E. Cafeteria
    F. Sewing Factory
    G. Any other areas the Court wishes to see.

II.  Edwina Mitchell Work Release

    A. Any Areas

III.  Birmingham Work Release

    A. Both Honor Dorms
    B. SAP Dorm
    C. Aftercare Dorm
    D. At least one other dorm
    E. Any other area the Court wishes to see.

Respectfully submitted this 13th day of September, 2002.

_____
ANDREW W. REDD (RED001)
ASSISTANT ATTORNEY GENERAL
GENERAL COUNSEL

_____
WILLIAM F. ADDISON (ADD002)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**

**ALABAMA DEPARTMENT OF CORRECTIONS
LEGAL DIVISION
101 SOUTH UNION STREET
P.O. BOX 301501
MONTGOMERY, AL   36130
(334) 353-3883**

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing pleading upon:

John A. Russell, III, Esq.
202 Broad Street
Aliceville, AL   35442

Tamara Serwer, Esq.
Lisa Kung, Esq.
Stephen Bright, Esq.
Southern Center for Human Rights
83 Popular Street, N.W.
Atlanta, GA   30303-2122

Attorneys for Naph Care, Inc.
Hugh C. Nickson, III, Esq.
Giles G. Perkins, Esq.
Michael M. Shipper, Esq.
Miller, Hamilton, Snider & Odom, L.L.C.
2501 20th Place South, Suite 450
Birmingham, AL   35223

Attorneys for Governor Don Siegelman
Hon. Ted Hosp
Hon. James V. Doyle, Jr.
Governor's Legal Office
600 Dexter Avenue
Room NB-05
Montgomery, AL   36130-3024

by placing a copy of same in the United States Mail, first class postage prepaid and properly addressed this _13th_ day of September, 2002.

WILLIAM F. ADDISON (ADD002)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

3