[FILED]

SEP 16 2002

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

LINDA LAUBE, et al., )
)
Plaintiffs, )
) CIVIL ACTION
v. )
) No. 02-T-957-N
MICHAEL HALEY, et al., )
) CLASS ACTION
Defendants )
)

**PLAINTIFFS' PROPOSAL FOR THE COURTS'
INSPECTION OF PRISON FACILITIES**

Plaintiffs agree with the designated areas described in *Defendants' Requested Designated Areas of Inspection*, including, in particular:

I. **Julia Tutwiler Prison for Women**

   A. Dorm 9 - the large converted factory
   B. Dorm 8 - the intake dormitory
   C. Dorm 10 - the L-shaped dormitory
   D. The health care unit, including the medical isolation units, green room, and clinical areas
   E. All segregation cells, including death row
   D. The kitchen

II. **Edwina Mitchell** - all areas

III. **Birmingham Work Release**

   A. The second floor holding cell
   B. October - December dorms
   C. The Courtyard



IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| LINDA LAUBE, et al., ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 02-T-957-N |
| MICHAEL HALEY, et al., ) | |
| ) | CLASS ACTION |
| Defendants ) | |

## CERTIFICATE OF SERVICE

I, Tamara Serwer, do hereby certify that on this date I have caused to be served a copy of the foregoing *Plaintiffs' Proposal for the Courts' Inspection of Prison Facilities* by U.S. Mail and facsimile upon defendants' counsel at the following addresses:

Andrew W. Redd, Esq.
Albert S. Butler, Esq.
Alabama Dep't of Corrections
101 South Union Street
Montgomery, Alabama 36130

*Counsel for Defendants
Haley, Deese, Lewis & Carter*

Ted Hosp, Esq.
Governor's Legal Office
State Capitol
Montgomery, Alabama 36130

*Counsel for Defendant
Siegelman*

Respectfully submitted this 16th day of September, 2002.

Tamara Serwer, GA Bar No. 617053
83 Poplar Street, N.W.
Atlanta, Georgia 30303-2122
Telephone: (404) 688-1202
Facsimile: (404) 688-9440